# United States Bankruptcy Court
## Middle District of Florida

In re **Robb & Stucky Limited LLLP** _____,  Case No. _____

Debtor

Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Acock Associates Architects**<br>**383 North Front St.**<br>**Columbus, OH 43215** | **A/B** | **10,727 shares** | **0.201022%** |
| **Alfred, Catherine C.**<br>**3765-2 Lander Rd.**<br>**Chagrin Falls, OH 44022** | **A/B** | **10,473 shares** | **0.196262%** |
| **Alice P. Harrison Trust**<br>**Ddt 01/15/82**<br>**384 Tanglewood Lane**<br>**Bay Village, OH 44140** | **A/B** | **1,000 shares** | **0.018740%** |
| **Allen G. Ten Broek Trust**<br>**Allen G.Ten Broek Tee**<br>**13451 McGregor Blvd. # 27**<br>**Ft. Myers, FL 33919** | **A/B** | **465,933 shares** | **8.731487%** |
| **Ames, Richard S.**<br>**33921 Hackney Road**<br>**Hunting Valley, OH 44022** | **A/B** | **12,737 shares** | **0.238689%** |
| **Ancker, Susan Weir**<br>**P.O. Box 201**<br>**Lincoln, NM 08833-8201** | **A/B** | **3,552 shares** | **0.066564%** |
| **Andersen, Roy**<br>**5165 Magnolia Pond Drive**<br>**Sarasota, FL 34233** | **A/B** | **1,400 shares** | **0.026236%** |
| **Anderson, Cristopher R.**<br>**1619 Beach Dr SE**<br>**St. Petersburg, FL 33701-5915** | **A/B** | **6,120 shares** | **0.114688%** |
| **Anderson, Dustin**<br>**2 South Pearl Street**<br>**Denver, CO 80209** | **A/B** | **2,605 shares** | **0.048817%** |
| **Anderson, Eric**<br>**10270 Deer Run Farms Rd**<br>**Fort Myers, FL 33912** | **A/B** | **12,500 shares** | **0.234247%** |
| **Anderson, Katie D.**<br>**16836 Mcgregor Blvd**<br>**Fort Myers, FL 33908** | **A/B** | **2,605 shares** | **0.048817%** |

__24__ continuation sheets attached to List of Equity Security Holders

In re    **Robb & Stucky Limited LLLP**                                    Case No. _____
                                              ,
                                      Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Anderson, Kellie L.<br>16836 Mcgregor Blvd<br>Fort Myers, FL 33908 | A/B | 2,236 shares | 0.041902% |
| Anderson, Mark M.<br>16836 Mcgregor Blvd<br>Ft. Myers, FL 33908 | A/B | 6,407 shares | 0.120066% |
| Anderson, Nicole E.<br>1619 Beach Dr SE<br>St.Petersburg, FL 33701 | A/B | 2,237 shares | 0.041921% |
| Andrews, Bernard C.<br>3875 E Lake Road<br>Sheffield Lake, OH 44054 | A/B | 6,601 shares | 0.123701% |
| Andrews, Charles S.<br>16281 Crown Arbor Way<br>Ft. Myers, FL 33908-5655 | A/B | 1,776 shares | 0.033282% |
| Andrews, Lynn E.<br>28516 E. Brockway Dr.<br>Westlake, OH 44145 | A/B | 5,901 shares | 0.110584% |
| Ashwill, Thomas R.<br>19831 Allaire Lane<br>Ft. Myers, FL 33908 | A/B | 711 shares | 0.013324% |
| Ashwill, William T.<br>c/o Tammy Farrell<br>17496 Fuchsia Rd<br>Ft. Myers, FL 33912-2977 | A/B | 710 shares | 0.013305% |
| Bahlinger, Melinda<br>1070 8th Terrace N<br>Naples, FL 34102 | A/B | 12,750 shares | 0.238932% |
| Baird, Jason<br>9235 Longfellow Place<br>Apopka, FL 32703 | A/B | 4,000 shares | 0.074959% |
| Barton, Carlotta E.<br>25 E. Delaware Ave.<br>Pennington, NJ 08534 | A/B | 9,621 shares | 0.180296% |
| Bates, Sharon A.<br>7095 Frank Rd.<br>N. Canton, OH 44720 | A/B | 1,958 shares | 0.036693% |

Sheet __1__ of __24__ continuation sheets attached to the List of Equity Security Holders

In re    **Robb & Stucky Limited LLLP**                                    ,    Case No. _____
_____
Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Beckstead, Garfield R.**<br>**Charlotte Harbor Land Co.**<br>**7092 Placida Rd.**<br>**Cape Haze, FL 33946** | **A/B** | **14,458 shares** | **0.270940%** |
| **Bedwell, Joel**<br>**and Sandra Bedwell**<br>**9040 Irving Road**<br>**Fort Myers, FL 33967** | **A/B** | **1,183 shares** | **0.022169%** |
| **Beech III, Joseph**<br>**201 E. 5th Street**<br>**Suite 800**<br>**Cincinnati, OH 45202-4190** | **A/B** | **2,092 shares** | **0.039204%** |
| **Benjamin, Barry J.**<br>**c/o Cornerstone Family Office LLC**<br>**5885 Landerbrook Dr.**<br>**Suite 300**<br>**Mayfield Heights, OH 44124-4031** | **A/B** | **3,552 shares** | **0.066564%** |
| **Benjamin, David N.**<br>**c/o Cornerstone Family Office LLC**<br>**5885 Landerbrook Dr.**<br>**Suite 300**<br>**Mayfield Heights, OH 44124** | **A/B** | **3,552 shares** | **0.066564%** |
| **Berkelbaugh, Fred**<br>**2420 Mont Claire Ct #202**<br>**Naples, FL 34109** | **D** | **21,809 shares** | **0.408696%** |
| **Best, Ruth J.**<br>**Trustee of The Ruth J. Best**<br>**Trust Dated 12/9/82**<br>**1712 Waverly Circle**<br>**St. Charles, IL 60174-5869** | **A/B** | **4,552 shares** | **0.085304%** |
| **Betty Andres Revocable Trust**<br>**Richard & Betty Andres, Trustees**<br>**1195 Foxtail Drive**<br>**Medina, MN 55340** | **A/B** | **16,842 shares** | **0.315616%** |
| **Bob & Linda Taylor Foundation, Inc.**<br>**13451 McGregor Blvd.**<br>**Suite 27**<br>**Fort Myers, FL 33919** | **D** | **109,044 shares** | **2.043462%** |
| **Bonebrake, James D.**<br>**25 Hopewell Trail**<br>**Moreland Hills, OH 44022-2543** | **A/B** | **3,552 shares** | **0.066564%** |

Sheet  __2__  of  __24__  continuation sheets attached to the List of Equity Security Holders

In re    **Robb & Stucky Limited LLLP**                                      ,    Case No. _____
                                                              Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Boone, Kathleen**<br>**12150 87th Place N.**<br>**Maple Grove, MN 55369** | **A/B** | **1,954 shares** | **0.036618%** |
| **Bostick, Curtis**<br>**1011 Pettit Court**<br>**Marco Island, FL 34145** | **D** | **21,809 shares** | **0.408696%** |
| **Bostick, Curtis W.**<br>**1011 Petit Court**<br>**Marco Island, FL 34145** | **A/B** | **111,311 shares** | **2.085945%** |
| **Brindley, Terri**<br>**2500 Cherry Creek South Dr.**<br>**Apt. #212**<br>**Denver, CO 80209-3277** | **A/B** | **1,776 shares** | **0.033282%** |
| **Broek, Brian A. Ten**<br>**9441 SW 70 Avenue**<br>**Miami, FL 33156** | **A/B** | **1,459 shares** | **0.027341%** |
| **Buhler, Trustee, Peter C.**<br>**Elizabeth Ann Buhler Trustee**<br>**The Peter C. Buhler 1982 Trust**<br>**138 Sherburn Circle**<br>**Weston, MA 02493-1058** | **A/B** | **22,000 shares** | **0.412275%** |
| **Burgess, Lois M.**<br>**24548 Oaks Bld.**<br>**Land O Lakes, FL 34639** | **A/B** | **2,072 shares** | **0.038829%** |
| **Callinan, Margaret**<br>**450 Beach Road**<br>**Apt 125**<br>**Vero Beach, FL 32963** | **A/B** | **23,683 shares** | **0.443814** |
| **Campbell, Jane R.**<br>**9034 Shadow Glen Way**<br>**Fort Myers, FL 33913** | **A/B** | **2,468 shares** | **0.046250%** |
| **Carleton, Elizabeth T.**<br>**21 Technology Dr. #6**<br>**West Lebanaon, NH 03784-1673** | **A/B** | **289 shares** | **0.005416%** |
| **Carmel, Trustee, W. E.**<br>**Willard E. Carmel Trust**<br>**Dtd. 8/20/65**<br>**340 Darby's Run**<br>**Bay Village, OH 44140** | **A/B** | **3,552 shares** | **0.066564%** |

Sheet  **3**  of  **24**  continuation sheets attached to the List of Equity Security Holders

In re **Robb & Stucky Limited LLLP**                                    , Case No. _____

Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Carter, Daniel C.<br>3701 Darcus Street<br>Houston, TX 77005 | A/B | 1,303 shares | 0.024418% |
| Chimera, Kathleen L.<br>1021 Magnolia St.<br>Bowling Green, KY 42103-2409 | A/B | 710 shares | 0.013305% |
| Clary, Trustee, Frederick W. W.<br>of Frederick W. Clary Trust<br>Dated February 22, 2006<br>5554 Beneva Woods Cir.<br>Sarasota, FL 34238 | A/B | 33,500 shares | 0.627783% |
| Clemente, Mark A.<br>366 Ridgewood Ave.<br>Glen Ridge, NJ 07028 | A/B | 1,184 shares | 0.022188 |
| Clemente, Roderick J.<br>425 Ridgewood Ave.<br>Glen Ridge, NJ 07028 | A/B | 711 shares | 0.013324% |
| Courtney, Eileen A.<br>Eileen A.Courtney Rev. Trust<br>Rick Kirshbaum Trustee<br>6216 Whisky Creek Dr., #A<br>Ft. Myers, FL 33919 | A/B | 35,006 shares | 0.656005% |
| Crolick, Margaret R.<br>6609 Parkwood Rd.<br>Edina, MN 55436 | A/B | 2,618 shares | 0.049061% |
| Crowley, Brian<br>11976 Cypress Links Drive<br>Fort Myers, FL 33913 | A/B | 10,000 shares | 0.187398% |
| Crowley, Brian F.<br>11976 Cypress Links Dr<br>Fort Myers, FL 33913 | D | 21,809 shares | 0.408696% |
| Cunningham, Lawrence<br>16201 S Pebble Ln<br>Fort Myers, FL 33912 | D | 10,905 shares | 0.204357% |
| Cunningham, Trustee, Lawrence E.<br>of Lawrence E. Cunningham<br>Rev. Trust, As Restated<br>U/D/T Dated May 18, 2007<br>Fort Myers, FL 33912 | A/B | 31,400 shares | 0.588429% |

Sheet __4__ of __24__ continuation sheets attached to the List of Equity Security Holders

In re    **Robb & Stucky Limited LLLP**

_____,    Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Cynthia Wright Ames, Trustee Cynthia Wright Ames Trust Dec. Dated 3/21/1995, as Mod. 2761 Sherbrooke Road Beachwood, OH 44122 | A/B | 5,737 shares | 0.107510% |
| Cypress Lake United Meth. Church Ashley Nesvik Mem Schol. Fund 8570 Cypress Lake Dr. Ft. Myers, FL 33907 | A/B | 3,500 shares | 0.065589% |
| D'Aquila, Dolores M. 1801 5th Avenue East P.O. Box 669 Hibbing, MN 55746 | A/B | 47,590 shares | 0.891827% |
| D'Errico, Jennifer M. 428 Still Creek Pass Wildwood, MO 63011-4810 | A/B | 710 shares | 0.013305% |
| D. H. Harrison Trust #2 David H. Harrison, Jr. Ttee UTA 8-2-65 384 Tanglewood Lane Bay Villiage, OH 44140 | A/B | 14,921 shares | 0.279616% |
| Dalley, Carol 78531 Kentia Palm Dr. Palm Desert, CA 92211-2364 | A/B | 3,552 shares | 0.066564% |
| Daniel R. Harper Rev. Trust Ddt 7/13/90 Daniel Harper Tee 5571 Halifax Avenue Ft. Myers, FL 33912 | A/B | 15,000 shares | 0.281097% |
| Day, Elizabeth G. D. Leeming & J. Betts, Tee c/o Shipman & Goodman 1 Constitution Plaza Hartford, CT 06103-1919 | A/B | 7,513 shares | 0.140792% |
| Dengler, Jonathan R. 8700 Kings Mill Place Raleigh, NC 27615 | A/B | 2,605 shares | 0.048817% |
| Dengler, Judith A. 8700 Kings Mill Place Raleigh, NC 27615 | A/B | 166,951 shares | 3.128627% |
| Dengler, Kathryn A. 313 N 22nd St Richmond, VA 23223-7021 | A/B | 2,605 shares | 0.048817% |

Sheet   **5**   of   **24**   continuation sheets attached to the List of Equity Security Holders

In re   **Robb & Stucky Limited LLLP**                                    ,   Case No. _____

Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Dengler, Kristine E.**<br>**4513 Queenstown Ct.**<br>**Raleigh, NC 27612-6355** | **A/B** | **1,500 shares** | **0.028110%** |
| **Dengler, Theodore**<br>**354 RI Honeycutt Dr**<br>**Wilmington, NC 28412** | **A/B** | **1,500 shares** | **0.028110%** |
| **Derby Road Investments Inc.**<br>**14550 Plantation Road**<br>**Ft. Myers, FL 33912** | **A/B** | **21,193 shares** | **0.397152%** |
| **Diana Berkelbaugh Rev. Trust**<br>**Fred & Diana Berkelbaugh,**<br>**Co Trustees Dated 9/1/05**<br>**2420 Mont Claire Court #202**<br>**Naples, FL 34109** | **A/B** | **33,333 shares** | **0.624653%** |
| **Dickinson, Virginia S.**<br>**15108 Ports of Iona Dr**<br>**Fort Myers, FL 33908-1812** | **A/B** | **4,000 shares** | **0.074959%** |
| **Dunlap, L. Alexander**<br>**721 Parkside Dr.**<br>**Woodstock, GA 30188** | **A/B** | **195 shares** | **0.003654%** |
| **Entrust Freedom LLC f/b/o**<br>**Allen G. Ten Broek**<br>**321 Sunset Drive #5**<br>**Fort Lauderdale, FL 33301** | **D** | **21,809 shares** | **0.408696%** |
| **Eppes, MD, R. Bennett**<br>**22350 McCauley Road**<br>**Shaker Heights, OH 44122-2715** | **A/B** | **1,000 shares** | **0.018740%** |
| **Eppes, R. Bennett**<br>**22350 McCauley Rd**<br>**Shaker Heights, OH 44122-2715** | **A/B** | **1,184 shares** | **0.022188%** |
| **Evans, Roger**<br>**8540 North Central Avenue**<br>**Unit #10**<br>**Phoenix, AZ 85020** | **A/B** | **1,400 shares** | **0.026236%** |
| **Evelyn Davis Trust fbo Robert Davis**<br>**c/o David Dwertman, Tee**<br>**Kevin M. Burns & Associates**<br>**4507 SE 16th Place**<br>**Cape Coral, FL 33904** | **A/B** | **679 shares** | **0.012724%** |

Sheet **6** of **24** continuation sheets attached to the List of Equity Security Holders

In re   **Robb & Stucky Limited LLLP**
_____,   Case No. _____
Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Farrell, Tammy E.**<br>**17496 Fuchsia Rd**<br>**Ft. Myers, FL 33912-2977** | **A/B** | **711 shares** | **0.013324%** |
| **Fenske, Mary R.**<br>**11844 Dunhill Rd.**<br>**Eden Prairie, MN 55344** | **A/B** | **1,954 shares** | **0.36618%** |
| **Filer, June**<br>**SunTrust Filer Marital Trust**<br>**P.O. Box 85144**<br>**Richmond, VA 23285** | **A/B** | **5,000 shares** | **0.093699%** |
| **Fishman, Trustee, Sandra Z.**<br>**963 Kings Crown Road**<br>**Sanibel Island, FL 33957** | **A/B** | **6,252 shares** | **0.117161%** |
| **Frank R. Jeffrey Trust**<br>**c/o Elizabeth A Jeffrey**<br>**415 S Second Ave**<br>**Hailey, ID 83333-8646** | **A/B** | **3,552 shares** | **0.066564%** |
| **Frederick Berkelbaugh, Jr. Rev. Trust**<br>**Fred & Diana Berkelbaugh,**<br>**Co-Trustee Dated 9/1/05**<br>**2420 Mont Claire Court #202**<br>**Naples, FL 34109** | **A/B** | **100,000 shares** | **1.873979%** |
| **Gail A. Siler Family Trust**<br>**c/o Mrs. Marcia M. Siler**<br>**M. Siler/S. Savage,Tees**<br>**9076 Mockingbird Dr.**<br>**Sanibel, FL 33957** | **A/B** | **2,960 shares** | **0.055470%** |
| **Garda, Trustee, Robert A.**<br>**Robert A Garda Rev. Trust**<br>**Box 3898**<br>**923 Northstar Off Lowell Ave**<br>**Park City, UT 84060** | **A/B** | **30,788 shares** | **0.576961%** |
| **Gibson, Jr. Trustee, Robert L.**<br>**Robert L Gibson Jr Trust**<br>**UTA 7/2004**<br>**212 E. Stuart Ave.**<br>**Lake Wales, FL 33853** | **A/B** | **1,421 shares** | **0.026629%** |
| **Goldhagen, Claire**<br>**1586 Reynard Dr**<br>**Fort Myers, FL 33919** | **A/B** | **25,000 shares** | **0.468495%** |

Sheet   **7**   of   **24**   continuation sheets attached to the List of Equity Security Holders

In re    **Robb & Stucky Limited LLLP**                          ,    Case No. _____
                                        Debtor

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Gould, J. Robert**<br>**5904 Tarpon Gardens Circle**<br>**Unit 201**<br>**Cape Coral, FL 33914** | **D** | **10,905 shares** | **0.204357%** |
| **Grant, Marybeth**<br>**5921 Grey Fox Run**<br>**Ft. Myers, FL 33912** | **A/B** | **6,750 shares** | **0.126494%** |
| **Griffin, Bill**<br>**325 West Hornbeam Drive**<br>**Longwood, FL 32779** | **A/B** | **4,933 shares** | **0.092443%** |
| **Grill, Richard L.**<br>**6407 E Betty Elyse Lane**<br>**Scottsdale, AZ 85254** | **A/B** | **8,000 shares** | **0.149918%** |
| **Gunderson, Thomas H..**<br>**and Leslie A. Gunderson**<br>**3998 Hidden Acres Cir.**<br>**N.Fort Myers, FL 33903** | **A/B** | **1,875 shares** | **0.035137%** |
| **Hall, Janet L.**<br>**Trust**<br>**P.O. Box 4920**<br>**Orlando, FL 32802** | **A/B** | **1,421 shares** | **0.026629%** |
| **Hanlon, Edward E.**<br>**256 King Caesar Rd.**<br>**Duxbury, MA 02332** | **A/B** | **7,513 shares** | **0.140792%** |
| **Harbert, Norman C.**<br>**11292 Garfield Rd.**<br>**Hiram, OH 44234** | **A/B** | **5,000 shares** | **0.093699%** |
| **Hastings, Trisha**<br>**3027 Golf Crest Lane**<br>**Woodstock, GA 30189** | **A/B** | **110 shares** | **0.002061%** |
| **Hatt, Arthur**<br>**1124 N.W. 19th Place**<br>**Cape Coral, FL 33993-5958** | **A/B** | **4,000 shares** | **0.074959%** |
| **Herlache, John & Ernella**<br>**5258 Buffalo Ridge**<br>**Sturgeon Bay, WI 54235** | **A/B** | **7,503 shares** | **0.140605%** |
| **Herlache, Michael T.**<br>**1125 19th Place**<br>**Sturgeon Bay, WI 54235** | **A/B** | **1,459 shares** | **0.027341%** |

Sheet __8__ of __24__ continuation sheets attached to the List of Equity Security Holders

In re    **Robb & Stucky Limited LLLP**                                    ,    Case No. _____
                                          Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Hess, Mark D.**<br>**14032 Clear Water Lane**<br>**Fort Myers, FL 33907** | **A/B** | **10,000 shares** | **0.187398%** |
| **Howard F. Andrews Spec. Trust**<br>**Dte 8/5/2002**<br>**Attn: Howard Andrews Trustee**<br>**10100 Cypress Cove Unit 135**<br>**Ft. Myers, FL 33908** | **A/B** | **34,753 shares** | **0.651264%** |
| **James B. Oswald Company**<br>**One Erieview Plaza**<br>**Suite 600**<br>**Cleveland, OH 44114-1715** | **A/B** | **9,177 shares** | **0.171975%** |
| **Jay Partners LLC**<br>**c/o Cornerstone Family Office,LLC**<br>**Attn:Catherine G.Veres, CPA**<br>**5885 Landerbrook Dr., #300**<br>**Mayfield Heights, OH 44124** | **A/B** | **183,130 shares** | **3.431818%** |
| **John L. Callinan Trust B**<br>**c/o Morgan Stanley Trust**<br>**522 Fifth Ave., 12th Fl.**<br>**Attn:  Brice Devaney**<br>**New York, NY 10036** | **A/B** | **11,842 shares** | **0.221917%** |
| **John R. Vanvoorhis Rev. Trust**<br>**5350 Chippendale Circle**<br>**Ft. Myers, FL 33919** | **A/B** | **5,000 shares** | **0.093699%** |
| **Johnsrud, Katherine S.**<br>**1616 Linnerud Drive**<br>**Sun Prairie, WI 53390** | **A/B** | **1,459 shares** | **0.027341%** |
| **Jones, Tana**<br>**1409 Allison St**<br>**Rogersville, TN 37857** | **A/B** | **1,954 shares** | **0.036618%** |
| **JRR/NRR Family**<br>**Partnership,LLC**<br>**Ryan-Kasner-Ryan**<br>**P.O. Box 373**<br>**Hibbing, MN 55746** | **A/B** | **4,885 shares** | **0.091544%** |
| **Kassolis Investment Trust**<br>**c/o Marianne Hellauer,Tstee**<br>**6225 Smith Ave**<br>**Baltimore, MD 21209** | **C** | **249,284 shares** | **4.671530%** |

Sheet   **9**   of   **24**   continuation sheets attached to the List of Equity Security Holders

In re    **Robb & Stucky Limited LLLP**                              ,    Case No. _____
                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Kaufman, Sharon K.<br>607 Stonewall Road<br>East Chatham, NY 12050-2920 | A/B | 10,746 shares | 0.201378% |
| Kensicki, Elizabeth<br>Margaret Patton Custodian<br>226 Township Road 391<br>Sullivan, OH 44880-9735 | A/B | 4,047 shares | 0.075840% |
| Kensicki, Philip A.<br>8470 Coon Club Rd.<br>Chatham Township, OH 44256 | A/B | 4,885 shares | 0.091544% |
| Kern, Bonnie L.<br>1333 Ballentyne Place<br>Apopka, FL 32703 | A/B | 8,000 shares | 0.149918% |
| Kiddoo, Gordon<br>Trustee U/T/D 10/27/87<br>501 Tidepointe Way Apt 5102<br>Hilton Head Island, SC 29928-3053 | A/B | 6,885 shares | 0.129023% |
| Kohl, John E.<br>32035 Oxgate Lane<br>Chagrin Falls, OH 44022 | A/B | 4,552 shares | 0.085304% |
| Korb, William B.<br>60 Surfsong Road<br>Kiawah Island, SC 29455-5753 | A/B | 3,552 shares | 0.066564% |
| Krichbaum, Richard E.<br>12470 Coconut Creek Court<br>Ft. Myers, FL 33908 | A/B | 12,733 shares | 0.238614% |
| Kundla, Mark S.<br>15 Pinewood Lane<br>Warren, NJ 07059 | A/B | 355 shares | 0.006653% |
| L.C. & M.C. Partnership L<br>c/o Mr. Leigh Carter<br>P.O. Box 13418<br>Akron, OH 44334-8818 | A/B | 19,539 shares | 0.366157% |
| Labance, George M.<br>2024 Prince Dr.<br>Naples, FL 33963 | A/B | 24,000 shares | 0.449755% |
| Lamalie, Robert E.<br>Robert E. Lamalie Rev. Trust<br>Dec. dated Nov. 30, 1989<br>6409 Moorings Point Cir., #202<br>Bradenton, FL 34202 | A/B | 21,493 shares | 0.4027774% |

Sheet   __10__   of   __24__   continuation sheets attached to the List of Equity Security Holders

In re    **Robb & Stucky Limited LLLP**                                    ,    Case No. _____
                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Landbel, Inc.**<br>**16836 McGregor Blvd.**<br>**Ft. Myers, FL 33908-3713** | **A/B** | **321,709 shares** | **6.028759%** |
| **Lane, Brady Keith**<br>**970 Emory Parc Way**<br>**Decatur, GA 30033** | **A/B** | **1,954 shares** | **0.036618%** |
| **Lannigan, Trustee, Edward F.**<br>**19 St. Giles Place**<br>**Asheville, NC 28803** | **A/B** | **10,105 shares** | **0.189366%** |
| **Lanniigan,Trustee, Edward F.**<br>**Patricia Lannigan Mar. Trust**<br>**19 St Giles Place**<br>**Ashville, NC 28803-3344** | **A/B** | **1,000 shares** | **0.018740%** |
| **Lavelle, Christopher**<br>**Margaret Patton Custodian**<br>**226 Township Road 391**<br>**Sullivan, OH 44880-9735** | **A/B** | **4,047 shares** | **0.075840%** |
| **Lee, Ann**<br>**Trust Dtd 3/5/90**<br>**3125 Smith Rd.**<br>**Apt. 414**<br>**Fairlawn, OH 44333** | **A/B** | **54,777 shares** | **1.026509%** |
| **Lee, David D.**<br>**2535 Oppio St.**<br>**Sparks, NV 89431** | **A/B** | **1,958 shares** | **0.036693%** |
| **Lee, Floyd H.**<br>**Lee Trust, Dtd 3/6/90**<br>**3125 Smith Road**<br>**Apt. 414**<br>**Fairlawn, OH 44333** | **A/B** | **29,213 shares** | **0.547445%** |
| **Lee, Gary E.**<br>**1209 Woodcock**<br>**Robinson, TX 76706** | **A/B** | **1,958 shares** | **0.036693%** |
| **Lee, Richard P.**<br>**540 Royer St., NW**<br>**Canton, OH 44720** | **A/B** | **1,958 shares** | **0.036693%** |
| **Lee, Robert A.**<br>**P.O. Box 321**<br>**Bearsville, NY 12409** | **A/B** | **1,958 shares** | **0.036693%** |

Sheet __11__ of __24__ continuation sheets attached to the List of Equity Security Holders

In re    **Robb & Stucky Limited LLLP**                                    ,    Case No. _____
                                                 Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Lee, Susan K.**<br>**1128 B Coventry Way**<br>**Marysville, OH 43040** | **A/B** | **1,958 shares** | **0.036693%** |
| **Lee, Timothy B.**<br>**6666 "G" Road**<br>**Escanaba, MI 49829** | **A/B** | **1,958 shares** | **0.036693%** |
| **Leeder, Howard**<br>**5 Justin Rd.**<br>**South Natick, MA 01760** | **A/B** | **1,184 shares** | **0.022188%** |
| **Lois F. Kiddoo Irrevoc. Trust**<br>**Gordon Kiddoo Trustee**<br>**501 Tidepointe Way**<br>**#5102**<br>**Hilton Head Island, SC 29928** | **A/B** | **6,885 shares** | **0.129023%** |
| **Lubner, Claudia**<br>**14550 Plantation Road**<br>**Fort Myers, FL 33912** | **A/B** | **9,486 shares** | **0.177766%** |
| **Lubner, Clive L.**<br>**14550 Plantation Road**<br>**Ft. Myers, FL 33912** | **A/B** | **874,316 shares** | **16.384499%** |
| **Lubner, Clive L.**<br>**14201 Farragut Court**<br>**Fort Myers, FL 33908** | **D** | **218,089 shares** | **4.086942%** |
| **Lubner, Daniel**<br>**65 Timberland Circle**<br>**Fort Myers, FL 33919** | **A/B** | **21,236 shares** | **0.397958%** |
| **Lubner, Daniel**<br>**55 Timberland Circle S**<br>**Fort Myers, FL 33919** | **D** | **87,235 shares** | **1.634766%** |
| **Main, Larry**<br>**1012 Blind Brook Drive**<br>**Columbus, OH 43235** | **A/B** | **1,776 shares** | **0.033282%** |
| **Maley, Anne**<br>**6 Rock Crest Lane**<br>**Signal Mountain, TN 37377** | **A/B** | **30,597 shares** | **0.573381%** |
| **Maloney, Laura N.**<br>**945 Dogwood Drive**<br>**Delray Beach, FL 33483** | **A/B** | **1,459 shares** | **0.027341%** |

Sheet  __12__  of  __24__  continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

In re      **Robb & Stucky Limited LLLP**                                     ,      Case No. _____
                                            Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Martinez, Jennifer A.**<br>**14451 S.W.94th Court**<br>**Miami, FL 33176** | **A/B** | **1,459 shares** | **0.027341%** |
| **Matthews, Mark F.**<br>**19648 Casa Verde Way**<br>**Fort Myers, FL 33912** | **A/B** | **4,000 shares** | **0.074959%** |
| **Matthews, Thomas O.**<br>**25644 State Road 247**<br>**O'Brien, FL 32071** | **A/B** | **23,881 shares** | **0.447525%** |
| **Mayhue (Oster), Jessica R.**<br>**61 Cottonwood Ct**<br>**Palmyra, PA 17078** | **A/B** | **3,699 shares** | **0.069318%** |
| **McCarthy III, John J.**<br>**26 Gorham Ave.**<br>**Westport, CT 06880** | **A/B** | **1,000 shares** | **0.018740%** |
| **McCarthy, Susan R.**<br>**26 Gorham Ave.**<br>**Westport, CT 06880** | **A/B** | **2,784 shares** | **0.052172%** |
| **McCloskey, Virginia T.**<br>**Dickenson & Associates**<br>**29500 Aurora Rd., Ste. #2**<br>**Solon, OH 44139** | **A/B** | **1,184 shares** | **0.022188%** |
| **McCullough, John**<br>**c/o Dee Mc Cullough**<br>**5490 Governors Dr.**<br>**Ft. Myers, FL 33907** | **A/B** | **15,000 shares** | **0.281097%** |
| **McDonough, Gerald C.**<br>**4951 Gulf Shore Blvd.**<br>**Apt. 303**<br>**Naples, FL 33940** | **A/B** | **7,105 shares** | **0.133146%** |
| **McElroy, Austin C.**<br>**2757 Old Columbus Rd.**<br>**Granville, OH 43023** | **A/B** | **6,513 shares** | **0.122052%** |
| **McElroy, Jr., George**<br>**6880 N. Ocean Blvd #2**<br>**Ocean Ridge, FL 33435** | **A/B** | **13,026 shares** | **0.244105%** |
| **McGinty, John J.**<br>**25 Toomey Road**<br>**Greenwich, CT 06830** | **A/B** | **1,303 shares** | **0.024418%** |

Sheet ___13___ of ___24___ continuation sheets attached to the List of Equity Security Holders

In re    **Robb & Stucky Limited LLLP**                                    ,    Case No. _____

                                        Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **McKay, Gail L.**<br>**Gail Lahey McKay Trust**<br>**c/o Wilmington Trust FSB**<br>**800 SE Monterey Comm Blvd 100**<br>**Stuart, FL 34996** | **A/B** | **3,852 shares** | **0.072186%** |
| **McKee, Stephen**<br>**4205 Chrismac Way**<br>**Colleyville, TX 76034** | **A/B** | **10,000 shares** | **0.187398%** |
| **McKinlay, Richard S.**<br>**6410 Griffin Blvd.**<br>**Ft. Myers, FL 33908** | **A/B** | **5,506 shares** | **0.103181%** |
| **McLemore, Nina**<br>**155 E. 76th Street**<br>**Apt. 6g**<br>**New York, NY 10021** | **A/B** | **17,762 shares** | **0.332856%** |
| **McNew, Beverly H.**<br>**Trustee Under the Will of**<br>**Laurel McNew**<br>**5571 Halifax Ave.**<br>**Ft. Myers, FL 33912** | **A/B** | **15,921 shares** | **0.298356%** |
| **McNew, Quintin B. & Bev.**<br>**Elizabeth McNew Trust**<br>**5571 Halifax Avenue**<br>**Ft. Myers, FL 33912** | **A/B** | **15,921 shares** | **0.298356%** |
| **Michael B. Peceri Rev. Trust**<br>**Michael B.Peceri Trustee**<br>**c/o Northern Trust, Attn. G. Robert**<br>**8066 College Parkway S.W.**<br>**Fort Myers, FL 33919** | **A/B** | **2,000 shares** | **0.037480%** |
| **Miller, Peggy L.**<br>**6813 Azalea Lane**<br>**Fort Myers, FL 33919** | **A/B** | **3,552 shares** | **0.066564%** |
| **Mills, Robin D.**<br>**14356 Harbour Landings Dr**<br>**Fort Myers, FL 33908** | **A/B** | **3,552 shares** | **0.066564%** |
| **Moore, James W.**<br>**Tee for James W. Moore**<br>**Trust Dated July 23, 1977**<br>**867 Cyress Lake Cir.**<br>**Ft. Myers, FL 33919** | **A/B** | **1,500 shares** | **0.028110%** |

Sheet    **14**    of    **24**    continuation sheets attached to the List of Equity Security Holders

In re    **Robb & Stucky Limited LLLP**                  Case No. _____

                            Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mulvahill, Marilyn B.**<br>**1015 E. 21st Street**<br>**Hibbing, MN 55746** | **A/B** | **2,368 shares** | **0.044376%** |
| **Murray, Hoyt C.**<br>**1690 Berkshire Road**<br>**Gates Mills, OH 44040** | **A/B** | **4,737 shares** | **0.088770%** |
| **Nanovic, Robert S.**<br>**P.O. Box 358**<br>**Cumberland Center, ME 04021-0358** | **A/B** | **3,552 shares** | **0.066564%** |
| **Nebhut, Jr., Frank I.**<br>**5409 N. Stanford Dr.**<br>**Nashville, TN 37215** | **A/B** | **6,000 shares** | **0.112439%** |
| **Nesvik, Craig A.**<br>**12958 Kedelston Circle**<br>**Ft. Myers, FL 33912** | **A/B** | **30,335 shares** | **0.568472%** |
| **Nevins, Jonathan**<br>**4179 Dingman Drive**<br>**Sanibel, FL 33957** | **A/B** | **300 shares** | **0.005622%** |
| **Nevins, Tees, Patrick & Donna**<br>**Patrick Nevins Living Trust**<br>**Dtd 3/5/95/Restated 1/16/07**<br>**4179 Dingman Dr.**<br>**Sanibel, FL 33957** | **A/B** | **3,000 shares** | **0.056219%** |
| **Nevins, Trustee, Donna M.**<br>**Donna Nevins Living Trust**<br>**Ddt 3/5/95 Rest. 1/16/07**<br>**4179 Dingman Dr.**<br>**Sanibel, FL 33957** | **A/B** | **21,148 shares** | **0.396309%** |
| **Noah, Denis H.**<br>**and Brenda O. Noah**<br>**5513 Lancelot Lane**<br>**Cape Coral, FL 33914** | **A/B** | **750 shares** | **0.014055%** |
| **Northern Trust Company**<br>**Raymond Drymalski & Paul Alongi**<br>**Tees Under Agr. with Jane Along**<br>**P.O. Box 92984**<br>**Chicago, IL 60675-2984** | **A/B** | **2,709 shares** | **0.050766%** |
| **Oertel, Hoffman, Fernandez &**<br>**Cole, P.A., Pro. Shar. Trust**<br>**Attn:Michelle Shettlesworth**<br>**P.O. Box 1110**<br>**Tallahassee, FL 32302-1110** | **A/B** | **3,552 shares** | **0.066564%** |

Sheet __15__ of __24__ continuation sheets attached to the List of Equity Security Holders

In re   **Robb & Stucky Limited LLLP**                           ,   Case No. _____

                                   Debtor

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Oglethorpe Warehouse & Development Co. c/o Carl Espy III P.O. Box 9913 Savannah, GA 31412 | A/B | 42,985 shares | 0.805530% |
| Oster, Gregory Thomas 813 Quail Hollow Circle Avon Lake, OH 44012 | A/B | 3,699 shares | 0.069318% |
| Oster, Sheila P. 813 Quail Hollow Circle Avon Lake, OH 44012 | A/B | 22,536 shares | 0.422320% |
| Parker, Kerry M. 61 Walsingham Road Mendham, NJ 07945 | A/B | 118 shares | 0.002211% |
| Patton, Darleen M. 24998 Hilliard Blvd. Westlake, OH 44145 | A/B | 8,635 shares | 0.161818% |
| Patton, Margaret M. 226 Township Road 391 Sullivan, OH 44880-9735 | A/B | 16,951 shares | 0.317658% |
| Patton, Thomas R. 24998 Hilliard Blvd. Westlake, OH 44145 | A/B | 15,813 shares | 0.296332% |
| Pease,Trustee, James V. James & Kathleen A. Pease Trust Dtd 4-13,1999 9 Calle Privado Sedona, AZ 86336 | A/B | 900 shares | 0.016866% |
| Port, Paula Davis 1201 Lecuyer Circle Stillwater, MN 55082 | A/B | 679 shares | 0.012724% |
| R&S GP LLC 13451 McGregor Blvd. #27 Ft. Myers, FL 33919 | A/B | 1,193 shares | 0.022357% |
| Rauch, Cheryl 6942 Hunting Hollow Ln E Hudson, OH 44236-2275 | A/B | 651 shares | 0.012200% |
| Redman, Michael & Paula 45 Grey Fox Run Chagrin Falls, OH 44022-3391 | A/B | 6,737 shares | 0.126250% |

Sheet  **16**  of  **24**  continuation sheets attached to the List of Equity Security Holders

In re    **Robb & Stucky Limited LLLP**
                                                         ,    Case No. _____
                            Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Reid, Douglas M.**<br>**258 Mulberry Hill Rd.**<br>**Fairfield, CT 06824** | **A/B** | **4,552 shares** | **0.085304%** |
| **Reinken, Alan**<br>**10643 East Desert Cove**<br>**Scottsdale, AZ 85259** | **A/B** | **21,867 shares** | **0.409783%** |
| **Richard E. Sprout Irrev. Trust**<br>**Charlene C. Sproat Trustee**<br>**5697 Arvine Cir**<br>**Fort Myers, FL 33919** | **A/B** | **12,351 shares** | **0.231455%** |
| **Richard, Edward H.**<br>**876 Armada Terrace**<br>**San Diego, CA 92106-3056** | **A/B** | **18,026 shares** | **0.337803%** |
| **Richmond Real Est. Ptnrs.**<br>**c/o Altus Capital,LLC**<br>**6120 Parkland Blvd.**<br>**Ste. 303**<br>**Mayfield Heights, OH 44124** | **A/B** | **681 shares** | **0.012762%** |
| **Robb, Brian**<br>**Nancy Robb Custodian**<br>**25 Berkshire Rd.**<br>**Newtonville, MA 02460** | **A/B** | **3,647 shares** | **0.068344%** |
| **Robb, Daniel**<br>**Nancy Robb Custodian**<br>**25 Berkshire Rd.**<br>**Newtonville, MA 02460** | **A/B** | **3,647 shares** | **0.068344%** |
| **Robb, David**<br>**Nancy Robb Custodian**<br>**25 Berkshire Rd.**<br>**Newtonville, MA 02460** | **A/B** | **3,647 shares** | **0.068344%** |
| **Robb, Martin**<br>**25 Berkshire Rd.**<br>**Newtonville, MA 02460** | **A/B** | **4,885 shares** | **0.091544%** |
| **Robb, Nancy**<br>**25 Berkshire Rd.**<br>**Newtonville, MA 02460** | **A/B** | **16,263 shares** | **0.304765%** |
| **Robert F. Anderson**<br>**Irrevocable Trust**<br>**16836 McGregor Blvd**<br>**Fort Myers, FL 33908** | **D** | **21,809 shares** | **0.408696%** |

Sheet __17__ of __24__ continuation sheets attached to the List of Equity Security Holders

In re    **Robb & Stucky Limited LLLP**                          ,    Case No. _____
                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Robert F. Anderson Irrevoc. Trust**<br>**c/o Mark Anderson**<br>**P.O. Box 08337**<br>**Fort Myers, FL 33908** | **A/B** | **118 shares** | **0.002211%** |
| **Robert M. Taylor Rev. Trust**<br>**Robert M. Taylor, Trustee**<br>**Dated 11/13/80, As Amended**<br>**13451 McGregor Blvd #27**<br>**Ft. Myers, FL 33919** | **A/B** | **220,000 shares** | **4.122754%** |
| **Rothstein, Jean**<br>**P.O. Box 99**<br>**Grand Rapids, MN 55744** | **A/B** | **14,654 shares** | **0.274613%** |
| **Rubinstein, Jon**<br>**14145 Reflection Lakes Drive**<br>**Fort Myers, FL 33907** | **A/B** | **10,000 shares** | **0.187398%** |
| **Ruddock, Neil T.**<br>**7660 Deerfield Rd.**<br>**Gates Mills, OH 44040** | **A/B** | **23,446 shares** | **0.439373%** |
| **Ryan, Francis J.**<br>**Ryan Construction Company**<br>**Ryan Building, Ste. 3**<br>**P.O. Box 96**<br>**Hibbing, MN 55746** | **A/B** | **3,312 shares** | **0.062066%** |
| **Ryan, James R.**<br>**19785 Lakeview Ave.**<br>**Deephave, MN 55331** | **A/B** | **1,184 shares** | **0.022188%** |
| **Ryan, Jean E.**<br>**6783 Marsh Ridge Court**<br>**Eden Prairie, MN 55346** | **A/B** | **1,954 shares** | **0.036618%** |
| **Ryan, Joseph H.**<br>**5125 County Road 101**<br>**#100**<br>**Minnetonka, MN 55345** | **A/B** | **1,954 shares** | **0.036618%** |
| **Ryan, Jr., James F.**<br>**2519 1st Ave**<br>**Hibbing, MN 55746-2242** | **A/B** | **2,368 shares** | **0.044376%** |
| **Ryan, Patricia J.**<br>**2929 Chicago Ave.**<br>**Unit #1110**<br>**Minneapolis, MN 55407-5014** | **A/B** | **1,184 shares** | **0.022188%** |

Sheet **18** of **24** continuation sheets attached to the List of Equity Security Holders

In re    **Robb & Stucky Limited LLLP**
_____,    Case No. _____
                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Ryan, Russell J.<br>Ryan Construction Company<br>P.O. Box 96<br>Hibbing, MN 55746 | A/B | 2,220 shares | 0.041602% |
| Ryan-Mosley, Claudia M.<br>18034 Tamarack Dr.<br>Minnetonka, MN 55345-4254 | A/B | 1,954 shares | 0.036618% |
| Salerno, Frank A.<br>3114 14th Ave NW<br>Apt C<br>Olympia, WA 98502 | A/B | 2,961 shares | 0.055489% |
| Schumaker, Becky S.<br>178 Long Branch<br>Spring Branch, TX 78070 | A/B | 4,508 shares | 0.084479% |
| Schumaker, Donn M.<br>10713 Keystone Bend<br>Austin, TX 78750 | A/B | 1,411 shares | 0.026442% |
| Seacap Partnership<br>c/o Mr. Gary Oatey<br>4700 W. 160th Street<br>Cleveland, OH 44135 | A/B | 6,513 shares | 0.122052% |
| Seneff, Jr., James M.<br>Trustee<br>P.O. Box 4920<br>Orlando, FL 32802 | A/B | 710 shares | 0.013305% |
| Shearman, Robert C.<br>and Susan Shearman<br>410 Keenan Drive<br>Ft.Myers, FL 33919 | A/B | 1,500 shares | 0.028110% |
| Shelton III, Charles B.<br>3464 Paces Ferry Circle S.E.<br>Smyrna, GA 30080-3127 | A/B | 5,546 shares | 0.103931% |
| Shimp, Kathleen E.<br>Tee for Kathleen E. Shimp<br>Trust Dated August 1, 1997<br>822 Cypress Lake Cir.<br>Ft. Myers, FL 33919 | A/B | 1,500 shares | 0.028110% |
| Shockey Investment Trust<br>Terry L. Shockey Trustee<br>2925 North Park Blvd.<br>Cleveland, OH 44118 | A/B | 534 Shares | 0.010007% |

Sheet __19__ of __24__ continuation sheets attached to the List of Equity Security Holders

In re    **Robb & Stucky Limited LLLP**                                    , Case No. _____
                                          Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Shockey, Terry L.**<br>**2925 North Park Blvd.**<br>**Cleveland Heights, OH 44118** | **A/B** | **888 shares** | **0.016641%** |
| **Siler, G. Scott & Susan B.**<br>**5741 Reims Place**<br>**Ft. Myers, FL 33919-3473** | **A/B** | **27,084 shares** | **0.507548%** |
| **Sitkins, Roger H.**<br>**2758 Carlton St.**<br>**Ft. Myers, FL 33901** | **A/B** | **3,552 shares** | **0.066564%** |
| **Smith, Jack M.**<br>**Revocable Trust Dtd 8/17/98**<br>**740 Ridgewood Dr**<br>**Murphy, NC 28906-1961** | **A/B** | **1,184 shares** | **0.022188%** |
| **Specialty Risk Management**<br>**Services LLC**<br>**9736 Commerce Center Court**<br>**Ft.Myers, FL 33908** | **A/B** | **3,552 shares** | **0.066564%** |
| **Sproat, Charlene C.**<br>**A.G. Edwards & Sons, fbo**<br>**Charlene Sproat Rollover IRA**<br>**One North Jefferson**<br>**St. Louis, MO 63103** | **A/B** | **3,552 shares** | **0.066564%** |
| **Steidel, Arthur H.**<br>**16084 Waterleaf Ln**<br>**Ft. Myers, FL 33908** | **A/B** | **9,864 shares** | **0.184849%** |
| **Sterling Trust Company**<br>**Cust. Fbo:  Charles Shook Ira**<br>**P.O. Box 2526**<br>**Waco, TX 76702-2526** | **A/B** | **2,651 shares** | **0.049679%** |
| **Stevens, Richard W.**<br>**123 Holcomb Drive**<br>**Williamsburg, VA 23185-4939** | **A/B** | **3,552 shares** | **0.066564%** |
| **Streicher, Gregory S.**<br>**96 Paw Paw Lake Dr.**<br>**Chagrin Falls, OH 44022-4215** | **A/B** | **651 shares** | **0.012200%** |
| **Streicher, James F.**<br>**431 8th Avenue S.**<br>**Naples, FL 34102** | **A/B** | **4,908 shares** | **0.091975%** |

In re    **Robb & Stucky Limited LLLP**
                                                                    ,    Case No. _____
                              Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Streicher, James F.<br>National City Bank Ttee<br>Calfee Halter, et al., Atn Erike Sur<br>1900 E. 9th St., 25 Fl<br>Cleveland, OH 44114 | A/B | 4,628 shares | 0.086728% |
| Streicher, Sandra<br>431 8th Avenue South<br>Naples, FL 00033-4102 | A/B | 651 shares | 0.012200% |
| Strudwick, Bridget R.<br>56 Stillmeadow Rd.<br>Esko, MN 55733 | A/B | 1,184 shares | 0.022188% |
| Sullivan, Terence C.<br>Paragon Advisors, Inc.<br>20820 Chagrin Blvd. #300<br>Shaker Heights, OH 44122 | A/B | 592 shares | 0.011094% |
| Sweeney, Patricia A.<br>15411 Thornton Rd.<br>Ft. Myers, FL 33908 | A/B | 1,776 shares | 0.033282% |
| Tansil, Jo Ellen<br>3737 Markham Way<br>Atlanta, GA 30339 | A/B | 1,776 shares | 0.033282% |
| Tarpon Bay Investment Co.<br>c/o Mr. Robert Motsinger<br>3176 Astor Ave<br>Vero Beach, FL 32966 | A/B | 6,513 shares | 0.122052% |
| Taylor, Robert M & Linda K.<br>As Tenants by The Entirety<br>13451 McGregor Blvd. # 27<br>Ft. Myers, FL 33919 | A/B | 160,000 shares | 2.998366% |
| The Amanda E. Andrews Trust<br>Dated 10/31/98<br>Bernard & Pamela Andrews<br>3875 E Lake Rd.<br>Sheffield Lake, OH 44054 | A/B | 1,300 shares | 0.024362% |
| The Linda K. Taylor Rev. Trust<br>Linda K. Taylor, Trustee<br>Dated 11/13/80, As Amended<br>13451 McGregor Blvd. #27<br>Ft. Myers, FL 33919 | A/B | 149,441 shares | 2.800493% |

Sheet __21__ of __24__ continuation sheets attached to the List of Equity Security Holders

In re  **Robb & Stucky Limited LLLP**                                ,     Case No. _____
                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **The Schumaker Family<br>Revocable Trust<br>James Schumaker, Tee<br>5391 Manchester,N.W.<br>North Lawrence, OH 44666-9733** | **A/B** | **1,411 shares** | **0.026442%** |
| **The Stephen P. Kaufman Trust<br>Stephen Kaufman, Trustee<br>306 Beacon Street-Unit 3<br>Boston, MA 02116** | **A/B** | **10,747 shares** | **0.201397%** |
| **Thomas ,Trustee, Joseph H.<br>Joseph H Thomas Trust<br>50 Glenbrooke Chase<br>Pepper Pike, OH 44124** | **A/B** | **13,789 shares** | **0.258403%** |
| **Tillman, Kristina<br>1938 Winding Oaks Way<br>Naples, FL 34109** | **A/B** | **4,000 shares** | **0.074959%** |
| **Traci L. Andrews Trust<br>Dated 10/31/98<br>Bernard & Pamela Andrews<br>3875 E Lake Rd<br>Sheffield Lake, OH 44054** | **A/B** | **1,300 shares** | **0.024362%** |
| **Traub, Joel S.<br>3248 Masters Dr.<br>Clearwater, FL 34621** | **A/B** | **679 shares** | **0.012724%** |
| **Turschmann, Mary<br>15901 Prentiss Pointe Circle<br>Unit #101<br>Fort Myers, FL 33908** | **A/B** | **4,000 shares** | **0.074959%** |
| **Vaughn, Timothy D.<br>1342 Kinks Ln<br>Maiden, NC 28650** | **A/B** | **4,000 shares** | **0.074959%** |
| **Walker, Martin D.<br>U/A July 22, 1975<br>Martin D. Walker Trust<br>295 Village Ave., At. 73<br>Greenwood, IN 46143** | **A/B** | **12,842 shares** | **0.240656%** |
| **Walker, Mary J.<br>Mary J. Walker Trust<br>295 Village Avenue<br>Apt. #73<br>Greenwood, IN 46143** | **A/B** | **4,683 shares** | **0.087758%** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

In re    **Robb & Stucky Limited LLLP**        Case No. _____

                                  Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Watts, Russell W.<br>5107 Sassafras Dr.<br>Columbus, OH 43229-5259 | A/B | 1,628 shares | 0.030508% |
| Weil, Michael R.<br>Tee fbo Michael R. Weil<br>Living Trust Dtd 7/16/87<br>2215 Devonshire Dr.<br>Cleveland Heights, OH 44106 | A/B | 888 shares | 0.016641% |
| Wells, Kerry<br>51 Bell Court Circle<br>Chagrin Falls, OH 44022 | A/B | 651 shares | 0.012200% |
| White, Jim<br>345 Longfellow Ave.<br>Worthington, OH 43085 | A/B | 7,105 shares | 0.133146% |
| White, Kyla<br>345 Longfellow Ave.<br>Worthington, OH 43085 | A/B | 7,105 shares | 0.133146% |
| White, W. Philip<br>345 Longfellow Ave.<br>Worthington, OH 43085 | A/B | 18,048 shares | 0.338216% |
| Whitesman, Guy E.<br>and Ilene S. Whitesman<br>912 Robalo Drive<br>Fort Myers, FL 33919-1825 | A/B | 1,875 shares | 0.035137% |
| Wiemer, Penny J.<br>23751 Old Port Rd. Apt 202<br>Bonita Springs, FL 34135-1717 | A/B | 2,000 shares | 0.037480% |
| Wilson, Mary L..<br>22172 Natures Cove Street<br>Estero, FL 33928 | A/B | 6,000 shares | 0.112439% |
| Witters, Jr., William S.<br>14639 Indigo Lakes Circle<br>Naples, FL 34119 | A/B | 10,000 shares | 0.187398% |
| Wolter, Gary<br>c/o The Wolter Group<br>16680 McGregor Blvd.<br>Ft. Myers, FL 33908 | A/B | 2,875 shares | 0.053877% |
| Wright, David W.<br>First Ohio Planning Corp.<br>1429 King Ave.<br>Columbus, OH 43212 | A/B | 10,746 shares | 0.201378% |

Sheet  **23**  of  **24**  continuation sheets attached to the List of Equity Security Holders

In re    **Robb & Stucky Limited LLLP**                                    ,    Case No. _____
                                                      Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **WT Cox Jr., Marital Trust**<br>**1901 W Colonial Dr**<br>**Suite 9**<br>**Orlando, FL 32804** | **A/B** | **7,105 shares** | **0.133146%** |
| **Zagaria, Teresa L.**<br>**347 Prather Dr.**<br>**Ft. Myers, FL 33919** | **A/B** | **1,303 shares** | **0.024418%** |
| **Zelman, Steven**<br>**7833 NW 61st Terrace**<br>**Parkland, FL 33067** | **A/B** | **10,000 shares** | **0.187398%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**February 18, 2011**_____    Signature_ **/s/ Kevin Regan**_____
                                                                    **Kevin Regan**
                                                                    **Chief Restructuring Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy