UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

ROBB & STUCKY LIMITED LLLP,　　　　　　　Case No. 8:11-bk-02801-CED
a Florida Limited Liability Limited Partnership,　　Chapter 11

　　　　　　Debtor.
_____/


**NOTICE OF APPOINTMENT OF UNSECURED CREDITORS
COMMITTEE BY UNITED STATES TRUSTEE**

　　　　DONALD F. WALTON, United States Trustee for Region 21, by and through his undersigned counsel, hereby states that the following creditors of the Debtor who hold unsecured claims are hereby APPOINTED to the Committee of the Unsecured Creditors:

1.　　Turnberry Associates
　　　c/o Marcie Getelman, Associate General Counsel
　　　19501 Biscayne Boulevard, Suite 400
　　　Aventura, FL 33180-2337
　　　Phone: 305-937-6200
　　　Fax:　　305-933-3509
　　　mgetelman@turnberry.com

2.　　Woodard-CM, LLC
　　　c/o C. Brett Burford, Chief Financial Officer
　　　P. O. Box 843731
　　　Dallas, TX 75284-3731
　　　Phone: 972-304-3769
　　　Fax:　　972-304-3777
　　　bburford@craftmade.com

3.　　Marge Carson, Inc.
　　　c/o Jim LaBarge, CEO
　　　9056 East Garvey Avenue
　　　Rosemead, CA 91770-3335
　　　Phone: 626-571-1111
　　　Fax:　　626-571-0924
　　　jiml@margecarson.com

4. E. J. Victor, Inc.
   c/o William G. Morrison, Jr. COO & CFO
   110 Wamsutta Mill Road
   P.O. Box 309
   Morganton, NC 28680
   Phone: 828-437-1991
   Fax:    828-438-0744
   billm@ejvictor.com

5. Ryder Truck Rental, Inc.                                              Committee
   c/o Kevin P. Sauntry, Corporate Collection Manager                    Chairperson
   6000 Windward Parkway
   Alpharetta, GA 30005-4181
   Phone: 770-569-6511
   Fax:    770-569-6712
   kevin_sauntry@Ryder.com

6. Hancock & Moore, Inc.
   c/o Thomas J. O'Connell, VP Finance
   166 Hancock & Moore Lane
   Hickory, NC 28601 or
   P.O. Box 34444
   Hickory, NC 28603
   Phone: 828-495-1947
   Fax:    828-495-3021
   Tom@hancockandmoore.com

7. Lexington Home Brands
   c/o Ron Teglas, Director of Credit
   1300 National Highway
   Thomasville, NC 27360-2318
   Phone: 336-474-5658
   Fax:    336-474-5578
   Rteglas@lexington.com

Each member of the Committee separately indicated its willingness to serve on the committee and accepted appointment.

                Respectfully submitted,

                DONALD F. WALTON
                United States Trustee-Region 21

                By: /s/ Cynthia P. Burnette
                    Cynthia P. Burnette
                    Asst. U.S. Trustee
                    FBN: 0858110
                    501 East Polk St., Suite 1200
                    Tampa, FL  33602
                    (813) 228-2000

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing notice of appointment of unsecured creditors' committee has been furnished electronically or by regular United States Mail to the committee members and the parties listed below on February 25, 2011.

Robb & Stucky Limited LLLP
14550 Plantation Road
Fort Myers, FL 33912

Paul S. Singerman
Berger Singerman PA
200 South Biscayne Blvd. Suite 1000
Miami, FL 33131

                By: /s/ Cynthia P. Burnette
                    Cynthia P. Burnette
                    Assistant U.S. Trustee

Case 8:11-bk-02801-CED    Doc 94    Filed 02/25/11    Page 4 of 4