UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

ROBB & STUCKY LIMITED LLLP,
a Florida Limited Liability Limited Partnership,[1]

    Debtor.
_____/

Case No. 8:11-bk-02801-CED
Chapter 11

## NOTICE OF FILING AMENDED SCHEDULE 4.1(A) TO AGENCY AGREEMENT

Robb & Stucky Limited LLLP (the "**Debtor**"), by and through its undersigned counsel, files the attached Amended Exhibit 4.1(a) to the Agency Agreement dated February 16, 2011, between the Debtor and a joint venture comprised of Hudson Capital Partners, LLC and HYPERAMS, LLC, joint and severally (together, the "Stalking Horse Bidder"). The Debtor and the Stalking Horse Bidder revised the Agency Agreement by deleting in its entirety Exhibit 4.1(a) attached to such Agreement and by substituting in lieu thereof Exhibit 4.1(a) attached hereto. Bank of America Business Capital and CIRS Financing, LLC and CIRS Management, LLC have consented to such Amended Exhibit 4.1(a).

Dated: March 7, 2011

Respectfully submitted,

BERGER SINGERMAN, P.A.
*Counsel for the Debtor*
200 South Biscayne Blvd., Ste 1000
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

By: /s/ *Jordi Guso*
    Paul Steven Singerman
    Florida Bar No. 378860
    singerman@bergersingerman.com
    Jordi Guso
    Florida Bar No. 863580
    jguso@bergersingerman.com

---

[1] The last four digits of the taxpayer identification number for the Debtor are 6415. The mailing address for the Debtor is 14550 Plantation Road, Fort Myers, FL 33912.

3492955-1

Robb & Stucky LLLP
Exhibit 4.1(a)
Daily Occupancy Rates

| STORE # | Store Name | Rent[1] | Bldg/Grounds Maint[2] | Utilities[3] | Telephone[4] | Taxes / Licenses[5] | Total |
|---|---|---|---|---|---|---|---|
| 01 | Fort Myers | $ 3,105 | $ 255 | $ 276 | $ 106 | $ 312 | $ 4,054 |
| 02 | Naples | 1,982 | 349 | 439 | 107 | 365 | 3,241 |
| 19 | Tampa | 2,202 | 557 | 619 | 52 | 86 | 3,517 |
| 04 | Orlando-Altamonte | 2,000 | 311 | 398 | 53 | 460 | 3,222 |
| 06 | Sarasota | 1,866 | 103 | 230 | 56 | 316 | 2,572 |
| 07 | Palm Beach Gardens | 1,635 | 401 | 297 | 64 | 783 | 3,181 |
| 15 | Plano | 3,884 | 462 | 569 | 70 | 991 | 5,976 |
| 16 | Boca Raton | 3,171 | 372 | 402 | 78 | 674 | 4,697 |
| 08 | Scottsdale | 5,452 | 566 | 681 | 68 | 998 | 7,765 |
| 20 | Bonita Springs | 1,250 | 848 | 281 | 53 | 264 | 2,695 |
| 27 | Orlando-Millenia[6][8] | 1,665 | 147 | 154 | 30 | 200 | 2,196 |
| 34 | Las Vegas | 3,480 | 405 | 310 | 60 | 184 | 4,439 |
| 10 | Fort Myers Patio | 387 | 46 | 28 | 25 | 73 | 560 |
| 11 | Naples Patio | 474 | 60 | 59 | 21 | 74 | 687 |
| 17 | Bonita Springs Patio[6] | 773 | 97 | 125 | 24 | 137 | 1,157 |
| 14 | Scottsdale Patio | 686 | 95 | 97 | 18 | 66 | 962 |
| 18 | Boca Raton Patio | 538 | 214 | 55 | 9 | 149 | 965 |
| 22 | Orlando Millenia Patio[6][8] | 396 | 100 | 81 | 14 | 48 | 640 |
| 12 | Sarasota Patio | 407 | 51 | 27 | 13 | 67 | 565 |
| 03 | Fort Myers Outlet | 581 | 68 | 137 | 24 | 262 | 1,072 |
| | Total Stores | 35,934 | 5,509 | 5,268 | 944 | 6,509 | 54,163 |
| W1 | Fort Myers Warehouse[7] | 2,548 | 87 | 227 | 118 | 753 | 3,733 |
| W4 | Lincolnton Warehouse | 1,083 | 170 | 405 | 33 | 236 | 1,926 |
| W3 | Tempe Warehouse | 1,097 | 223 | 107 | 70 | 232 | 1,729 |
| W6 | Dallas Warehouse | 114 | 74 | 47 | 32 | 134 | 401 |
| | Total Warehouses | 4,842 | 553 | 786 | 253 | 1,355 | 7,789 |
| | Grand Total | $ 40,776 | $ 6,062 | $ 6,053 | $ 1,197 | $ 7,864 | $ 61,952 |

Notes:
1. Based on current lease amendments. Includes all base rent and charges (other than percentage rent).
2. Based on forecasted rates for the March through June period. Includes CAM, building maintenance and grounds keeping.
3. Based on forecasted rates for the March through June period. Includes all utilities (i.e. gas, electric, water, sewer, etc.).
4. Based on forecasted rates for the March through June period. Includes all telephone, yellow pages, telecom, internet and T1 lines.
5. Based on forecasted rates for the March through June period. Includes all real estate taxes, sales taxes, other taxes and license fees.
6. Owned property, based on current mortgage rate.
7. Shared facility with corporate office, rent represents 60% of the total lease.
8. The rent for the Orlando Millenia location is allocated between Cameron Group ($864) and Wells Fargo ($1,196).