UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

ROBB & STUCKY LIMITED LLLP,
a Florida Limited Liability Limited Partnership,[1]

        Debtor.
_____/

Case No. 8:11-bk-02801-CED
Chapter 11

## NOTICE OF FILING OF AUCTION TRANSCRIPT

Robb & Stucky Limited LLLP (the "**Debtor**"), by and through its undersigned counsel, hereby gives notice of filing a true and correct transcript of the Auction[2] held at the offices of Berger Singerman P.A., 350 East Las Olas Blvd., Ste. 1000, Fort Lauderdale, Florida 33301, on March 7, 2011.

Dated: March 8, 2011

Respectfully submitted,

BERGER SINGERMAN, P.A.
*Counsel for the Debtor*
200 South Biscayne Blvd., Ste 1000
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

By: _/s/ Paul Steven Singerman_
     Paul Steven Singerman
     Florida Bar No. 378860
     singerman@bergersingerman.com
     Jordi Guso
     Florida Bar No. 863580
     jguso@bergersingerman.com

---

[1] The last four digits of the taxpayer identification number for the Debtor are 6415. The mailing address for the Debtor is 14550 Plantation Road, Fort Myers, FL 33912.

[2] Capitalized terms not otherwise defined herein are intended to have the meaning set forth in the Debtor's *Emergency Motion Pursuant to Sections 105(a), 363, and 365 of the Bankruptcy Code and Bankruptcy Rules 6004 and 6006 for (I) Approval of Procedures in Connection with the Sale of All or Substantially All of the Debtor's Assets, (II) Authorization to Enter Into Stalking Horse Agreement in Connection Therewith, (III) Approval of the Payments of Stalking Horse Protections, and (IV) the Setting of Related Auction and Hearing Dates* [D.E. 33].

3516750-1

```
            UNITED STATES BANKRUPTCY COURT
             MIDDLE DISTRICT OF FLORIDA
                   TAMPA DIVISION


                                CASE NO. 8:11-bk-02801-CED
In Re:                          CHAPTER 11

ROBB & STUCKY LIMITED LLLP,
a Florida Limited Liability Limited
Partnership,

                 Debtor.        ORIGINAL
_____/



                 Berger Singerman
            350 East Las Olas Boulevard
                   Suite 1000
             Fort Lauderdale, Florida
               Monday, March 7, 2011
              11:57 p.m.  -  12:07 a.m.




                    A U C T I O N

                    - - - - -
```

```
 1                    APPEARANCES:
 2
 3              BERGER SINGERMAN, by
              PAUL S. SINGERMAN, ESQUIRE
 4              JORDI GUSO, ESQUIRE
              ROBERT W. BARRON, ESQUIRE
 5            MICHAEL H. MOODY, ESQUIRE
                on behalf of the Debtor
 6
 7
            STICHTER RIEDEL BLAIN & PROSSER, by
 8              RUSSELL M. BLAIN, ESQUIRE
    on behalf of R&SGP, LLC, the Bob and Linda Taylor
 9        Foundation and Allen G. Ten Broek, IRA
10
11                    COOLEY, by
          CATHY HERSHCOPF, ATTORNEY-AT-LAW
12             MICHAEL KLEIN, ESQUIRE
                   Proposed Counsel
13     on behalf of the Official Committee of
                Unsecured Creditors
14
15
               EPSTEIN BECKER & GREEN, by
16       MAURA I. RUSSELL, ATTORNEY-AT-LAW
              STEVEN E. FOX, ESQUIRE
17           on behalf of Bank of America
18
19         GENOVESE JOBLOVE & BATTISTA, by
             PAUL J. BATTISTA, ESQUIRE
20        on behalf of Hudson Capital, LLC
                  and HYPERAMS, LLC
21
22
                    WHITE & CASE, by
23               FRANK EATON, ESQUIRE
            on behalf of Collier Lenders
24
25                              Continued.....
```

1
2
3          ALSO PRESENT:
4
           CLIVE LUBNER, Debtor
5          ROBERT TAYLOR, Debtor
           ALLEN TEN BROEK, Debtor
6          KEVIN REGAN, FTI
           ROBERT DUFFY, FTI
7     JOHN M. OLSEN, Bank of America
           COLM KELLY, BDO
8     STEPHEN FORSEY, SPCI Companies
      AARON HAKIMIAN, RA Rugs America
9
10              - - - - - - -
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1      MR. SINGERMAN: Good evening. This is
2  Paul Singerman from Berger Singerman. Our firm is
3  counsel to the debtor, Robb & Stucky Limited, LLLP,
4  in Case Number 02801, a Chapter 11 case pending in
5  the United States Bankruptcy Court for the Middle
6  District of Florida, Tampa Division, before the
7  Honorable Caryl Delano.
8      We are here in the Fort Lauderdale,
9  Florida offices of Berger Singerman pursuant to
10 the Court's order at Docket Entry 64 in the case,
11 approving bid procedures and other relief more
12 fully defined in the order at Docket Entry 64.
13 An exhibit to Docket Entry 64 is the Court
14 approved bidding procedures, which commenced on
15 Page 95 of 103 of Docket Entry 64.
16     With me from Berger Singerman on behalf
17 of the debtors are my colleagues, Jordi Guso,
18 Robert Barron, Michael Moody; and on behalf of
19 the debtor is the debtor's chief restructuring
20 officer, Kevin Regan from FTI; Clive Lubner, the
21 principal of one of the two corporate general
22 partners of the debtor; and Robert Taylor, the
23 principal of the other corporate general partner
24 of the debtor; and Al Ten Broek, and, Al, will
25 you spell your surname for the record?

1           MR. TEN BROEK:  Yes, it's capital
2    T-e-n, and then a space, capital B-r-o-e-k.
3           MR. SINGERMAN:  And also on behalf of the
4    debtor is Robert Duffy from FTI, and others from FTI,
5    financial advisors to the debtor.
6           Before proceeding further, I would note
7    that it's about 11:55 p.m., and invite others --
8    on March 7th, and invite others present to enter
9    their appearances.
10          MS. HERSHCOPF:  This is Cathy Hershcopf
11   and Michael Klein from Cooley, proposed counsel
12   for the official committee of unsecured
13   creditors.
14          MR. EATON:  Frank Eaton with White & Case
15   on behalf of the Collier Lenders.
16          MS. RUSSELL:  Maura Russell and
17   Steven Fox on behalf of Bank of America.
18          MR. BATTISTA:  Paul Battista of
19   Genovese Joblove & Battista on behalf of the
20   stalking horse bidder, Hudson Capital and
21   HYPERAMS, LLC.
22          MR. SINGERMAN:  Anybody else wish to enter
23   an appearance?
24          MR. BLAIN:  Russell Blain, B-l-a-i-n,
25   appearing on behalf of R&SGP, LLC, one of the

1  general partners of the debtor, and on behalf of
2  the Bob and Linda Taylor Foundation and
3  Allen G. Ten Broek, IRA.
4        MR. SINGERMAN: It's Paul Singerman. I
5  failed to menton that also present is a
6  representative of Bayshore, the debtor's investment
7  bankers.
8        I am not going to take a lot of time
9  explaining, for record purposes, what's happened
10 in the 14 hours since the auction was scheduled
11 to commence, except to say that the debtor, in
12 collaboration with its professionals and the
13 committee, has been working for more than those
14 14 hours in an effort to negotiate modifications
15 to an alternate bid that was submitted timely
16 after a request for a 90-minute extension by a
17 joint venture involving Schottenstein Bernstein
18 and PMP -- PFP, forgive me.
19       We failed in our efforts to achieve
20 that joint venture, the Schottenstein/PFP joint
21 venture, as a qualified bidder, and there is no
22 other bid that has been timely submitted pursuant
23 to the Court's order at Docket Entry 64.
24       There has been one single change
25 negotiated to the form of the Hudson

1  Capital/HYPERAMS contract, and that deals with a
2  rent and occupancy expense issue pertaining to
3  the Millena store.
4        I will ask counsel for the stalking
5  horse to confirm that is the only change, to
6  ratify the bid procedures, acknowledgement of the
7  bid procedures, to confirm that joint -- the
8  stalking horse's willingness to proceed, and its
9  compliance with the terms of the bid procedures
10 and its stalking horse agency agreement.
11       MR. BATTISTA: Thank you, Mr. Singerman.
12 On behalf of the stalking horse, that is confirmed.
13 We have reviewed the amended rent schedule with that
14 one change and it's acceptable.
15       MR. SINGERMAN: Can you confirm, too, that
16 the Hudson Capital/HYPER -- is it HYPERAMS?
17       MR. BATTISTA: HYPERAMS.
18       MR. SINGERMAN: HYPERAMS, thank you. That
19 the Hudson Capital/HYPERAMS Joint Venture, as the
20 stalking horse, is in compliance with its obligations
21 under the stalking horse contract and accepts the
22 bidding procedures that are part of Docket Entry 64?
23       MR. BATTISTA: Yes, we do.
24       MR. SINGERMAN: Can you ---
25       MR. BATTISTA: Yes, we are.

1       MR. SINGERMAN: Thank you. Can you confirm
2  or represent that there are no other undisclosed
3  parties participating in the Hudson Capital/HYPERAMS
4  stalking horse bid?
5       MR. BATTISTA: Can we go off record for one
6  second so I can confirm that?
7       MR. SINGERMAN: Yes.
8            (Off the record.)
9       MR. BATTISTA: Mr. Singerman, in response
10 to your question, other than Hudson Capital and
11 HYPERAMS, we are also -- also involved in our
12 bid is a company called SPCI Companies,
13 Mr. Stephen Forsey, and a company called RA Rugs
14 America, Mr. Aaron Hakimian. They are going to be
15 providing services in connection with operating some
16 of the locations, as well as additional merchandise
17 going into the locations.
18      MR. SINGERMAN: Okay. I'm going to pause
19 for a minute and ask our court reporter whether she
20 needs spellings.
21      MR. BATTISTA: I'll give her the cards.
22      MR. SINGERMAN: Does any party present have
23 anything that it, he, or she would like to add to the
24 record of this proceeding?
25      Okay. Thank you, on behalf of the

Page 9

1  debtor, to Hudson Capital and HYPERAMS, and the
2  other two entities who were identified as being
3  associated with your bid.
4           We will look forward to seeing you in
5  court tomorrow before Judge Delano in Tampa at
6  1:00 p.m. for the ratification hearing or other
7  procedures consistent with our bid procedures.
8           MR. BATTISTA:  Thank you very much, and to
9  all the constituents.
10          MR. SINGERMAN:  Congratulations.
11          MR. BATTISTA:  Thank you.
12          (Thereupon, the above-proceedings were
13  concluded.)
14
15
16
17
18
19
20
21
22
23
24
25

CERTIFICATION

STATE OF FLORIDA:
COUNTY OF DADE:

I, Margaret Franzen, Shorthand Reporter and Notary Public in and for the State of Florida at Large, do hereby certify that the foregoing proceedings were taken before me at the date and place as stated in the caption hereto on Page 1; that the foregoing computer-aided transcription is a true record of my stenographic notes taken at said proceedings.

WITNESS my hand this 8th day of March, 2011.

_____
Margaret Franzen
Court Reporter and Notary Public
in and for the State of Florida at Large
My Commission Expires: April 14, 2014

Robb & Stucky LLLP
Exhibit 4.1(a)
Daily Occupancy Rates

| STORE # | Store Name | Rent[1] | Bldg/Grounds Maint[2] | Utilities[3] | Telephone[4] | Taxes / Licenses[5] | Total |
|---|---|---|---|---|---|---|---|
| 01 | Fort Myers | $ 3,105 | $ 255 | $ 276 | $ 106 | $ 312 | $ 4,054 |
| 02 | Naples | 1,982 | 349 | 439 | 107 | 365 | 3,241 |
| 19 | Tampa | 2,202 | 557 | 619 | 52 | 86 | 3,517 |
| 04 | Orlando-Altamonte | 2,000 | 311 | 398 | 53 | 460 | 3,222 |
| 06 | Sarasota | 1,866 | 103 | 230 | 56 | 316 | 2,572 |
| 07 | Palm Beach Gardens | 1,635 | 401 | 297 | 64 | 783 | 3,181 |
| 15 | Plano | 3,884 | 462 | 569 | 70 | 991 | 5,976 |
| 16 | Boca Raton | 3,171 | 372 | 402 | 78 | 674 | 4,697 |
| 08 | Scottsdale | 5,452 | 566 | 681 | 68 | 998 | 7,765 |
| 20 | Bonita Springs | 1,250 | 848 | 281 | 53 | 264 | 2,695 |
| 27 | Orlando-Millenia[6][8] | 1,665 | 147 | 154 | 30 | 200 | 2,196 |
| 34 | Las Vegas | 3,480 | 405 | 310 | 60 | 184 | 4,439 |
| 10 | Fort Myers Patio | 387 | 46 | 28 | 25 | 73 | 560 |
| 11 | Naples Patio | 474 | 60 | 59 | 21 | 74 | 687 |
| 17 | Bonita Springs Patio[6] | 773 | 97 | 125 | 24 | 137 | 1,157 |
| 14 | Scottsdale Patio | 686 | 95 | 97 | 18 | 66 | 962 |
| 18 | Boca Raton Patio | 538 | 214 | 55 | 9 | 149 | 965 |
| 22 | Orlando Millenia Patio[6][8] | 396 | 100 | 81 | 14 | 48 | 640 |
| 12 | Sarasota Patio | 407 | 51 | 27 | 13 | 67 | 565 |
| 03 | Fort Myers Outlet | 581 | 68 | 137 | 24 | 262 | 1,072 |
| | **Total Stores** | **35,934** | **5,509** | **5,268** | **944** | **6,509** | **54,163** |
| W1 | Fort Myers Warehouse[7] | 2,548 | 87 | 227 | 118 | 753 | 3,733 |
| W4 | Lincolnton Warehouse | 1,083 | 170 | 405 | 33 | 236 | 1,926 |
| W3 | Tempe Warehouse | 1,097 | 223 | 107 | 70 | 232 | 1,729 |
| W6 | Dallas Warehouse | 114 | 74 | 47 | 32 | 134 | 401 |
| | **Total Warehouses** | **4,842** | **553** | **786** | **253** | **1,355** | **7,789** |
| | **Grand Total** | **$ 40,776** | **$ 6,062** | **$ 6,053** | **$ 1,197** | **$ 7,864** | **$ 61,952** |

Notes:
1. Based on current lease amendments. Includes all base rent and charges (other than percentage rent).
2. Based on forecasted rates for the March through June period. Includes CAM, building maintenance and grounds keeping.
3. Based on forecasted rates for the March through June period. Includes all utilities (i.e. gas, electric, water, sewer, etc.).
4. Based on forecasted rates for the March through June period. Includes all telephone, yellow pages, telecom, internet and T1 lines.
5. Based on forecasted rates for the March through June period. Includes all real estate taxes, sales taxes, other taxes and license fees.
6. Owned property, based on current mortgage rate.
7. Shared facility with corporate office, rent represents 60% of the total lease.
8. The rent for the Orlando Millenia location is allocated between Cameron Group ($864) and Wells Fargo ($1,196).