# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ROBB & STUCKY LIMITED LLLP, ) | Case No. 11-02801-CED |
| a Florida Limited Liability Limited ) | |
| Partnership, ) | |
| ) | (Jointly Administered) |
| ) | |
| Debtor. ) | |
| ) | |

## ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF BDO CONSULTING, A DIVISION OF BDO USA, LLP, NUNC PRO TUNC TO MARCH 1, 2011, AS FINANCIAL ADVISOR PURSUANT TO SECTION 330 OF THE BANKRUPTCY CODE AND RULE 2016(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

This matter came for hearing on April 11, 2011 on the Application to Retain and Employ BDO Consulting, a division of BDO USA, LLP ("BDO") as financial advisors to the Official Committee of Unsecured Creditors (the "Application") (DE# 295), filed by Official Committee of Unsecured Creditors (the "Committee") of Robb & Stuck Limited LLLP (the "Debtor"). The Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. The Court further finds that this is a core proceeding pursuant to 28 U.S.C. § 157. After reviewing the Affidavit of David E. Berliner, a partner of BDO, in support of the Application (the "Berliner Affidavit") and the other motions, pleadings, and papers filed in this case, together with the representations and deliberations on the record, the Court finds that (i) the proposed employment of BDO as financial advisors to the Committee is in the best interest of the Committee and the Debtor's bankruptcy estate, and (ii) BDO does not represent or hold any interest adverse to the Committee or the Debtor's estate. The Court further finds that the Application should be GRANTED subject to the terms set forth below. IT IS THEREFORE

ORDERED AND ADJUDGES as follows:

1. The Application is granted pursuant to 11 U.S.C. section 1103 for the purposes set forth in the Application and the Berliner Affidavit, effective as of March 1, 2011, being the date the Committee elected to retain BDO.

2. BDO shall be compensated for its services and reimbursed for any related expenses in accordance with the Court's *Order Granting Debtor's Motion for Order Establishing Procedures for Monthly and Interim Compensation and Reimbursement of Expenses for Professionals* (DE# 316) entered on March 31, 2011.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

DONE AND ORDERED in Tampa, Florida on April 20, 2011

HONORABLE CARYL E. DELANO
United States Bankruptcy Judge

Copies to:

Roy S. Kobert, P.A., Broad and Cassel, P.O. Box 4961, Orlando, FL 32802-4961

Paul S. Singerman, Esquire and Jordi Guso, Esquire, 200 S. Biscayne Blvd., Suite 1000, Miami, FL 33131-5308

Debtor: Robb & Stucky Limited LLLP, 14550 Plantation Rd., Ft. Myers, FL 33912

Cynthia Burnette, United States Trustee's Office, Timberlake Annex, Suite 1200, Tampa, FL 33602

BDO Consulting, a division of BDO USA, LLP, 135 West 50th Street, New York, New York 10020

Unsecured Creditors Committee