UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

ROBB & STUCKY LIMITED LLLP,
a Florida limited liability limited partnership,[1]

       Debtor.
_____/

Case No. 8:11-bk-02801-CED

Chapter 11

### ORDER GRANTING DEBTOR'S APPLICATION FOR APPROVAL OF EMPLOYMENT OF DAVID L. SCHULTZ AND THE FIRM OF LARSONALLEN, LLP AS EXTERNAL ACCOUNTANT FOR THE DEBTOR *NUNC PRO TUNC* TO FEBRUARY 22, 2011

**THIS MATTER** came before the Court upon the *Debtor's Application For Approval of Employment of David L. Schultz and the Firm of LarsonAllen, LLP as External Accountant for the Debtor Nunc Pro Tunc to February 22, 2011* (the "**Application**") [D.E. No. 267], and the *Declaration of David L. Schultz on Behalf of LarsonAllen, LLP as Proposed External Accountant for the Debtor* (the "**Schultz Declaration**") attached to the Application.  The Application requests entry of an order approving the Debtor-in-Possession's employment of David L. Schultz and LarsonAllen, LLP as external accountant to the Debtor.

The Court has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. §

---

[1] The last four digits of the taxpayer identification number for the Debtor are 6415.  The mailing address for the Debtor is 14550 Plantation Road, Fort Myers, FL 33912.

3559278-1

157(b)(2)(A). The relief requested in the Application is in the best interests of the Debtor, its estate, and its creditors. The Schultz Declaration makes relevant disclosures as required by Fed. R. Bankr. P. 2014. The Schultz Declaration contains a verified statement as required by Fed. R. Bankr. P. 2014 demonstrating that David L. Schultz and LarsonAllen, LLP are disinterested as required by 11 U.S.C. § 327(a). Pursuant to 11 U.S.C. § 327 and Fed. R. Bankr. P. 2014(a), the Court is authorized to grant the relief requested in the Application. Upon the record herein, and having noted that no objections to the Application have been filed and finding good and sufficient cause exists for the granting of the relief as set forth herein. Accordingly, it is hereby

**ORDERED** that:

1. The Application is **APPROVED**.

2. The employment by the Debtor, as debtor-in-possession, of David L. Schultz and LarsonAllen, LLP as external accountant to the Debtor is **APPROVED** pursuant to 11 U.S.C. § 327(a).

3. The employment of David L. Schultz and LarsonAllen, LLP by the Debtor shall be *nunc pro tunc* to February 22, 2011.

4. LarsonAllen, LLP shall apply for compensation and reimbursement of costs, pursuant to 11 U.S.C. §§ 330 and 331, at its ordinary rates, as they may be adjusted from time to time, for services rendered and costs incurred on behalf of the Debtor.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**DONE** and **ORDERED** in Tampa, Florida, on _____ April 21, 2011 _____.

_____
Caryl E. Delano
United States Bankruptcy Judge

Copy to:
Jordi Guso, Berger Singerman, P.A., 200 S. Biscayne Blvd., Ste. 1000, Miami, FL 33131. Additionally, Epiq Systems Bankruptcy Solutions, LLC will serve this Order on the Master Service List (the same parties that were served with the underlying Motion/Application).