UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

ROBB & STUCKY LIMITED LLLP,
a Florida Limited Liability Limited Partnership,[1]

     Debtor.

_____/

Case No. 08-11-bk-02801-CED
Chapter 11

### ORDER (I) APPROVING FORM OF ASSET PURCHASE AGREEMENT AND BIDDING PROCEDURES, (II) SCHEDULING AUCTION SALE OF DEBTOR'S INTERESTS IN INTELLECTUAL PROPERTY, (III) DIRECTING APPOINTMENT OF PRIVACY OMBUDSMAN, AND (IV) SCHEDULING FURTHER HEARING

**THIS MATTER** came before the Court on May 3, 2011 at 10:30 a.m. in Tampa, Florida upon the *Debtor's Motion to Approve (I) Form of Asset Purchase Agreement and Bidding Procedures, and (II) Sale of Debtor's Interests in Intellectual Property Subject to Higher and Better Offers* [D.E. No. 406] (the "**Sale Motion**").[2] The Court has reviewed the Sale Motion, heard representations of counsel, and being otherwise fully advised in the premises, finds, for the reasons announced on the record, good cause for granting of the relief requested. Accordingly, the Court **ORDERS**:

1. The Motion is **GRANTED** as set forth below.

2. The form of Asset Purchase Agreement attached to the Sale Motion as **Exhibit "A"** is **APPROVED**.

3. The following Bidding Procedures are **APPROVED**:

---

[1] The last four digits of the taxpayer identification number for the Debtor are 6415. The mailing address for the Debtor is 14550 Plantation Road, Fort Myers, FL 33912.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Sale Motion.

3614744-3

(a) Any bids by prospective buyers other than Lubner must be submitted so as to be actually received no later than May 24, 2011 **at 4:00 p.m. (prevailing Eastern Time)** (the "**Bid Deadline**") by (i) the Debtor, c/o FTI Consulting, Inc., 3 Times Square, New York, NY 10036, Attn: Kevin F. Regan, CRO; (ii) the Debtor, 14550 Plantation Road, Fort Myers, FL 33912, Attn: Brian Crowley, Chief Financial Officer; (iii) counsel to the Debtor, Berger Singerman P.A., 200 South Biscayne Blvd., 10th Flr, Miami, FL 33131, Attn. Paul Steven Singerman, Esq. and Jordi Guso, Esq.; and Streambank, LLC, 97 Chapel Street, Needham, MA 02492, Attn: David Peress.

(b) Any competitive bid must be evidenced by a signed Asset Purchase Agreement, marked to show changes from the original, be accompanied by a non-refundable deposit in an amount no less than the greater of (i) $25,000 or (ii) ten percent (10%) of the amount of such competing bid, and shall obligate the competing bidder to adopt and maintain a privacy policy that is consistent with the privacy policies maintained by the Debtor as of the Petition Date.

(c) All bids above the $125,000.00 purchase price specified in the Asset Purchase Agreement shall be made in increments of no less than $10,000.

(d) If one or more qualified bids (other than the Asset Purchase Agreement submitted by Lubner) are received by the Bid Deadline, the Debtor will conduct an auction (the "**Auction**") to determine the highest and best qualified bid.

(e) The Auction shall take place on May 25, 2011 at 10:00 a.m. (prevailing Eastern Time) at the offices of Berger Singerman, P.A., 350 East Las Olas Boulevard, Suite 1000, Fort Lauderdale, Florida 33301.

(f) All bids shall be irrevocable through the Sale Hearing (as defined below); provided, however, that if such bid is accepted as the successful bid or the backup bid (as set forth below), such bid shall continue to remain irrevocable until the Closing.

(g) Prior to the start of the Auction, the Debtor will advise all qualified bidders of what the Debtor believes to be the highest or otherwise best qualified bid(s). Only qualified bidders are eligible to participate in the Auction. Bidding at the Auction shall begin initially with the highest or otherwise best bid and shall subsequently continue in such minimum increments as the Debtor determines.

(h) Bidding will continue with respect to the Auction until the Debtor determines that it has received the highest or otherwise best bid(s) for the Intellectual Property. After the Debtor so determines, it will close the Auction. The Debtor will then determine and announce which sale has been determined to be the highest or otherwise best bid and, therefore, declared the successful bid.

(i) If for any reason the entity or entities that submit(s) the highest or otherwise best bid fails to consummate the transaction contemplated thereby, the offeror of the second highest or best bid will automatically be deemed to have submitted the highest or best bid and to the extent such

        offeror and the Debtor consents, the Debtor and such offeror are authorized to effect a transaction with such offeror(s) as soon as is commercially reasonable.  If such failure to consummate the transaction is the result of a breach by the winning offeror, the Debtor reserves the right to seek all available damages from the defaulting offeror.

  (j)    No provision for a break-up fee or expense reimbursement exists in connection with the Asset Purchase Agreement or the Auction, and neither Lubner nor any bidder that is qualified in connection with the Auction shall have any claim with respect thereto.

4. The United States Trustee is directed to promptly appoint a consumer privacy ombudsman (the "Ombudsman") to evaluate the sale of any personally identifiable information in connection with the sale of the Intellectual Property.  The Ombudsman shall appear and be heard at the Sale Hearing scheduled pursuant to paragraph 5 of this Order, and shall provide to the court information to assist the court in its consideration of the facts, circumstances, and condition of the proposed sale or lease of personally identifiable information under section 363(b)(1)(B).  Such information may include presentation of –

        (1) the debtor's privacy policy;

        (2) the potential losses or gains of privacy to consumers if such sale or such lease is approved by the court;

        (3) the potential costs or benefits to consumers if such sale or such lease is approved by the court; and

        (4) the potential alternatives that would mitigate potential privacy losses or potential costs to consumers.

5. The Court will conduct a hearing on May 26, 2011 at 11:00 a.m. (the "**Sale Hearing"**) to consider approval of the sale of the Debtor's rights, title and interests in the Intellectual Property, free and clear of any and all liens, claims, encumbrances or interests, and subject to higher and better offers.

6. The Court will enter a separate Order approving the Sale after conclusion of the Sale Hearing.

7. The Court retains jurisdiction for the purposes of interpreting and enforcing this Order.

**DONE** and **ORDERED** in Tampa, Florida, on May 10, 2011 _____.

_____
Caryl E. Delano
United States Bankruptcy Judge

Copy to:
Jordi Guso, Berger Singerman, P.A., 200 S. Biscayne Blvd., Ste. 1000, Miami, FL 33131. Additionally, Epiq Systems Bankruptcy Solutions, LLC will serve this Order on the Master Service List and all creditors and parties in interest as required by Bankruptcy Rule 2002(a)(2).